UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. MENDOZA, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1244 KJM DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file objections to the pending findings and recommendations pursuant to the court's order of December 12, 2018. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 23) is granted; and

　　2. Plaintiff is granted sixty days from the date of this order in which to file objections.

Dated: January 8, 2019

　　　　　　　　　　　　　　　　　　　　　/s/ Deborah Barnes
　　　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Habeas/ande1244.36obj